JURY, TRANSFERRED, TYPE-A

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00438-RMC
### Internal Use Only

| | |
|---|---|
| BLY v. LG. PHILIPS LCD CO., LTD. et al | Date Filed: 03/06/2007 |
| Assigned to: Judge Rosemary M. Collyer | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**REBECCA BLY**   represented by **Donna F. Solen**
*on behalf of herself and all others similarly*   THE MASON LAW FIRM, LLP
*situated*   1225 19th Street, NW
   Suite 500
   Washington, DC 20036
   (202) 429-2290
   Fax: (202) 429-2294
   Email: dsolen@masonlawdc.com
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG. PHILIPS LCD CO., LTD.**

**Defendant**

**LG PHILIPS LCD AMERICA INC**

**Defendant**

**SAMSUNG ELECTRONICS CO., LTD.**

**Defendant**

**SHARP CORPORATION**

**Defendant**

**SHARP ELECTRONICS CORPORATION**

**Defendant**

**TOSHIBA CORPORATION**

**Defendant**

**TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.**

**Defendant**

**HITACHI LTD**

**Defendant**

**HITACHI DISPLAYS, LTD.**

Defendant

HITACHI AMERICA LTD.

Defendant

HITACHI ELECTRONIC DEVICES (USA), INC.

Defendant

SANYO EPSON IMAGING DEVICES CORPORATION

Defendant

NEC CORPORATION

Defendant

NEC LCD TECHNOLOGIES, LTD.

Defendant

NEC ELECTRONICS AMERICA, INC.

Defendant

IDT INTERNATIONAL, LTD.

Defendant

AU OPTRONICS; INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.

Defendant

INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

Defendant

AU OPTRONICS CORPORATION AMERICA

Defendant

CHI MEI OPTOELECTRONICS

Defendant

CHI MEI OPTOELECTRONICS USA INC

Defendant

CHUNGWA PICTURE TUBES, LTD.

Defendant

HANNSTAR DISPLAY CORPORATION

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | COMPLAINT against TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., HITACHI LTD, HITACHI DISPLAYS, LTD., HITACHI AMERICA LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., IDT INTERNATIONAL, LTD., AU |

| | | |
|---|---|---|
| | | OPTRONICS; INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS, CHI MEI OPTOELECTRONICS USA INC, CHUNGWA PICTURE TUBES, LTD., HANNSTAR DISPLAY CORPORATION, LG. PHILIPS LCD CO., LTD., LG PHILIPS LCD AMERICA INC, SAMSUNG ELECTRONICS CO., LTD., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, TOSHIBA CORPORATION ( Filing fee $ 350 receipt number 4616002719) filed by REBECCA BLY. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 03/07/2007) |
| 03/06/2007 | | SUMMONS Not Issued as to TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., HITACHI LTD, HITACHI DISPLAYS, LTD., HITACHI AMERICA LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., IDT INTERNATIONAL, LTD., AU OPTRONICS; INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS, CHI MEI OPTOELECTRONICS USA INC, CHUNGWA PICTURE TUBES, LTD., HANNSTAR DISPLAY CORPORATION, LG. PHILIPS LCD CO., LTD., LG PHILIPS LCD AMERICA INC, SAMSUNG ELECTRONICS CO., LTD., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, TOSHIBA CORPORATION (lc, ) (Entered: 03/07/2007) |
| 03/15/2007 | | (Court only) ***Staff notes (tb, ) (Entered: 03/15/2007) |
| 03/21/2007 | | Summons (8) Issued as to HITACHI AMERICA LTD., HITACHI ELECTRONIC DEVICES (USA), INC., NEC ELECTRONICS AMERICA, INC., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS USA INC, LG. PHILIPS LCD CO., LTD., SHARP ELECTRONICS CORPORATION. (tg, ) (Entered: 03/21/2007) |
| 06/13/2007 | 2 | Letter dated 5/11/07 from the Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (tg, ) (Entered: 06/13/2007) |
| 06/13/2007 | 3 | Letter dated 5/29/07, from the U. S. District Court for the Northern District of California requesting the transfer of the documents and docket sheet in PDF form. (tg, ) (Entered: 06/13/2007) |
| 06/13/2007 | | Case transferred out to the USDC for the Northern District of California, pursuant to a Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation entered on 4/17/07. Sent to Court via email. (tg, ) (Entered: 06/13/2007) |